| | | | |
|---|---|---|---|
| BEFORE: | PEGGY KUO | DATE: | 4/20/2017 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 10:39 a.m. |
| | | END TIME: | 11:17 a.m. |
| DOCKET NO. CV-16-2270 | | JUDGE: | ERK |

CASE NAME:  Lin v. City of New York et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:  Motion Hearing

APPEARANCES:  Plaintiff:  Chunyu Jean Wang, Esq.
Defendants:  Evan Brustein, Esq.

**SCHEDULING AND RULINGS:**

1. The Court heard argument regarding Plaintiff's First Motion for Sanctions Against Defendants at [42] and ruled as follows:

    a. The Motion for Sanctions is denied.

    b. The deadline for the completion of all depositions is extended from May 1, 2017 to **June 30, 2017**.

    c. Defendants shall inform Plaintiff of the availability of Officers Surriga, Leguernic and Johnston for depositions.

    d. Plaintiff shall notice Defendants for the Officers' depositions.

    e. Plaintiff shall subsequently file the deposition notices via ECF.

    f. Plaintiff's deposition notices shall state the start time for each deposition. If more than one deposition is scheduled on the same day, the start time for each deposition must be strictly observed.

2. As per the Court's March 17, 2017 Order, Defendants are not required to produce Officer Johnston's disciplinary records.

3. Defendants shall produce disciplinary records without redacting exonerated allegations.

4. Defendants shall produce Officer Surriga's medical records as soon as they are received.

5. The Court took Plaintiff's Motion to Amend Complaint at [35] under advisement.

1

6. The Court again encourages the parties to improve their communication and conduct discovery in a reasonable manner.